

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2021

No. 04-21-00505-CV

**IN THE INTEREST OF J.A.D.B**., a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00164
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this suit affecting the parent-child relationship case, the trial court signed a final order on October 13, 2021. A notice of appeal was due on November 2, 2021. See TEX. R. APP. P. 26.1(b), 28.1(b); *In re K.A.F.*, 160 S.W.3d 923, 927 (Tex. 2005). A motion for extension of time to file the notice of appeal was due on November 17, 2021. *See* TEX. R. APP. P. 26.3.

Appellant filed her notice of appeal after the notice was due but within the period to file a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but within the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]."). However, Appellant did not file a motion for extension of time to file her notice of appeal. *See* TEX. R. APP. P. 26.3 (citing TEX. R. APP. P. 10.5(b)).

Nevertheless, under *Verburgt*, we imply a motion for extension of time, *In re E.K.C.*, 486 S.W.3d 614, 616 (Tex. App.—San Antonio 2016, no pet.) (citing *Verburgt*, 959 S.W.2d at 617), but Appellant must reasonably explain the need for the extension, *see In re J.R.M.*, No. 05-17-00471-CV, 2017 WL 2492630, at *1 (Tex. App.—Dallas June 9, 2017, no pet.) (mem. op.).

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 10.5(b) (requirements for a motion for extension of time); *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989) (reasonable explanation); TEX. R. APP. P. 42.3(a). If Appellant fails to respond as ordered, the appeal will be dismissed. *See id*. R. 42.3(c) (dismissal for failure to comply with court order).

All other appellate deadlines are SUSPENDED pending further order of this court.



Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2021.

MICHAEL A. CRUZ, Clerk of Court